Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Attorneys for San Francisco Technology Inc.

United States District Court
Northern District of California, San Francisco Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Unilock Inc.<br><br>Defendant | Case No. 5:10-cv-01656-RS<br><br>**Stipulation for Dismissal of Unilock Inc. and [Proposed] Order** |

Relator San Francisco Technology, Inc. and Defendant Unilock, Inc., pursuant to Fed. R. Civ. P. 41(a), stipulate to the dismissal of all claims asserted in this action with prejudice, with each party to bear its own costs, expenses and attorneys fees.

Date: December 20, 2010          Mount & Stoelker, P.C.

              /s/ Daniel H. Fingerman
              Attorneys for San Francisco Technology Inc.

Date: December 20, 2010          Neal Gerber Eisenberg LLP

              /s/ Thomas McDonough
              Counsel for Unilock Inc.

As the attorney electronically filing this document, I attest that each above signatory has concurred in this filing.

Date: December 20, 2010          Mount & Stoelker, P.C.,

              /s/ Daniel H. Fingerman
              Attorneys for San Francisco Technology Inc.

1  Pursuant to stipulation, it is so ordered.

2  Date: __1/20/11_____          _____

3                                              Richard Seeborg, U.S. District Judge

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000